AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Delaware _____

REMBRANDT TECHNOLOGIES, LP,

        Plaintiff,

     V.

FOX ENTERTAINMENT GROUP, INC., and
FOX BROADCASTING COMPANY,

        Defendants.

## SUMMONS IN A CIVIL CASE

CASE NUMBER:  0 6 - 7 3 1

TO: (Name and address of Defendant)

FOX Broadcasting Company
c/o United States Corporation Company (Registered Agent)
2711 Centerville Road, Suite 400
Wilmington, DE  19808

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Steven J. Balick
ASHBY & GEDDES
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE  19899

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

CLERK _Kevin Rivein_

(By) DEPUTY CLERK

December 1, 2006

DATE

✎AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | **DATE** December 4, 2006 |
| **NAME OF SERVER (PRINT)** Paul H. Coulby | **TITLE** Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☒ Other (specify): Personally hand delivered the summons and complaint to FOX Broadcasting Company at the address listed on the front of this summons.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   December 4, 2006      *Paul H. Coulby*
                  *Date*            *Signature of Server*

*Address of Server*

Parcels, Inc.
230 N. Market Street
Wilmington, DE 19801

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.