IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REMBRANDT TECHNOLOGIES, LP, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 06-731 |
| ) | |
| FOX ENTERTAINMENT GROUP, INC., and ) | |
| FOX BROADCASTING COMPANY, ) | |
| ) | |
| Defendants. ) | |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vic* of John F. Sweeney, Joseph A. DeGirolamo, and Michael O. Cummings to represent Rembrandt Technologies, LP in this matter. Pursuant to this Court's Standing Order effective January 1, 2005, I hereby certify that the annual fees for each of the foregoing attorneys has been submitted to the Clerk's office in connection with counsel's motion for their admission pro hac vice in C.A. No. 06-727.

ASHBY & GEDDES

*/s/ Lauren E. Maguire*

---

Steven J. Balick (I.D.#2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899
Tel: (302) 654-1888
Fax: (302) 654-2067

*Attorneys for Plaintiff*

Dated: December 11, 2006
175827.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| REMBRANDT TECHNOLOGIES, LP, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-731 |
| | ) | |
| FOX ENTERTAINMENT GROUP, INC., and | ) | |
| FOX BROADCASTING COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This _____ day of _____, 2006, the Court having considered the motion for the admission *pro hac vice* of John F. Sweeney, Joseph A. DeGirolamo, and Michael Cummings to represent Rembrandt Technologies, LP in the above action; now therefore,

IT IS HEREBY ORDERED that counsel's motion is granted, and that the foregoing attorneys are admitted *pro hac vice*.

_____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of the State of New York, and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

John F. Sweeney
Morgan & Finnegan, L.L.P.
3 World Financial Center
New York, NY 10281-2101
Telephone: (212) 415-8700
Facsimile: (212) 415-8701

Dated:

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of the State of New York, and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

*[signature]*
Joseph A. DeGirolamo
Morgan & Finnegan, L.L.P.
3 World Financial Center
New York, NY 10281-2101
Telephone: (212) 415-8700
Facsimile: (212) 415-8701

Dated:

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of the State of New York, and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Michael O. Cummings
Morgan & Finnegan, L.L.P.
3 World Financial Center
New York, NY 10281-2101
Telephone: (212) 415-8700
Facsimile: (212) 415-8701

Dated: