IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REMBRANDT TECHNOLOGIES, LP, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C. A. No. 06-731 (GMS) |
| ) | |
| FOX ENTERTAINMENT GROUP, INC., ) | |
| and FOX BROADCASTING COMPANY, ) | |
| ) | **JURY TRIAL DEMANDED** |
| Defendants. ) | |
| ) | |

## STIPULATION AND ORDER

The parties, by their undersigned attorneys, hereby stipulate and agree:

WHEREAS the plaintiff Rembrandt Technologies, LP ("Rembrandt") filed a complaint in the above-captioned Court against defendants Fox Entertainment Group, Inc. and Fox Broadcasting Company (collectively "Fox") on December 1, 2006;

WHEREAS Fox has requested that Rembrandt agree to extend the time for Fox to answer or otherwise respond to Rembrandt's complaint;

WHEREAS the parties believe good cause exists to extend the time for Fox to answer or otherwise respond to Rembrandt's complaint; and

WHEREAS Rembrandt has agreed to extend the time for Fox to answer or otherwise respond to Rembrandt's complaint until and including January 26, 2007;

\\\

\\\

\\\

2

IT IS HEREBY STIPULATED AND AGREED by and between Rembrandt and Fox, through their respective counsel, that the time for Fox to answer or otherwise respond to Rembrandt's complaint shall be extended until and including January 26, 2007.

| ASHBY & GEDDESS | POTTER ANDERSON & CORROON LLP |
|---|---|
| By: _/s/ John G. Day_<br>Steven J. Balick (#2114)<br>John G. Day (#2403)<br>Lauren E. Maguire (#4261)<br>222 Delaware Avenue, 17th Floor<br>Wilmington, DE 19899<br>Tel.: (302) 654-1888<br>sbalick@ashby-geddes.com<br>jday@ashby-geddes.com<br>lmaguire@ashby-geddes.com<br><br>*Attorneys For Plaintiff* | By: _/s/ Richard L. Horwitz_<br>Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE 19899-0951<br>Tel: (302) 984-6000<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com<br><br>*Attorneys for Defendants* |

IT IS SO ORDERED this _____ day of_____, 2006.

_____
Honorable Gregory M. Sleet

769075 / 31072