IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REMBRANDT TECHNOLOGIES, LP, ) | |
| ) | |
| Plaintiff, ) | C. A. No. 06-731 (GMS) |
| ) | |
| v. ) | **JURY TRIAL DEMANDED** |
| FOX ENTERTAINMENT GROUP, INC., and FOX ) | |
| BROADCASTING COMPANY, ) | |
| ) | |
| ) | |
| Defendants. | |

## MOTION AND ORDER
## FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission pro hac vice of William W. Oxley of Orrick, Herrington, & Sutcliffe LLP, 777 Figueroa Street, Suite 3200, Los Angeles, CA 90017-5855, to represent defendants Fox Entertainment Group, Inc. and Fox Broadcasting Company in this matter. Counsel further moves the admission pro hac vice of William L. Anthony, Jr. and Fabio E. Marino of Orrick, Herrington, & Sutcliffe LLP, 1000 Marsh Road, Menlo Park, CA, 94025-1015, to represent defendants Fox Entertainment Group, Inc. and Fox Broadcasting Company in this matter.

POTTER ANDERSON & CORROON LLP

By: /s/ *David E. Moore*
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

Dated: January 17, 2007
770685/31072

*Attorneys for Fox Entertainment Group, Inc. and Fox Broadcasting Company.*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____    _____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of California and Texas, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☑ will be submitted to the Clerk's Office upon the filing of this motion

Date: January 17, 2007    Signed: */s/ William W. Oxley*
William W. Oxley
Orrick, Herrington, & Sutcliffe LLP
777 Figueroa Street, Suite 3200
Los Angeles, CA 90017-5855
Telephone: (213) 629-2020

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of Connecticut, Michigan, and California, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☑ will be submitted to the Clerk's Office upon the filing of this motion

Date: January 17, 2007     Signed:  /s/ William L. Anthony, Jr.
                                    William L. Anthony, Jr.
                                    Orrick, Herrington, & Sutcliffe LLP
                                    1000 Marsh Road
                                    Menlo Park, CA, 94025-1015
                                    Telephone: (650) 614-7400

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☑ will be submitted to the Clerk's Office upon the filing of this motion

Date: January 17, 2007        Signed: /s/ Fabio E. Marino
                                      Fabio E. Marino
                                      Orrick, Herrington, & Sutcliffe LLP
                                      1000 Marsh Road
                                      Menlo Park, CA, 94025-1015
                                      Telephone: (650) 614-7400

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on January 17, 2007, the attached document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

Steven J. Balick
Lauren E. Maguire
Ashby & Geddes
500 Delaware Avenue, 18th Floor
P. O. Box 1150
Wilmington, DE 19899

I hereby certify that on January 17, 2007, I have Electronically Mailed the documents to the following non-registered participants:

John F. Sweeney
Joseph A. DeGirolamo
Michael O. Cummings
MORGAN & FINNEGAN, LLP
3 World Financial Center
New York, NY 10281-2101
jsweeney@morganfinnegan.com
jdegirolamo@morganfinnegan.com
mcummings@morganfinnegan.com

By: /s/ David E. Moore
Richard L. Horwitz
David E. Moore
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

PAC 772956v.1