IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REMBRANDT TECHNOLOGIES, LP,<br><br>    Plaintiff,<br><br>    v.<br><br>FOX ENTERTAINMENT GROUP, INC., and<br>FOX BROADCASTING COMPANY,<br><br>    Defendants.<br><br>FOX ENTERTAINMENT GROUP, INC., and<br>FOX BROADCASTING COMPANY,<br><br>    Counterclaimants,<br><br>    v.<br><br>REMBRANDT TECHNOLOGIES, LP,<br><br>    Counterdefendant. | C.A. No. 06-731 (GMS)<br><br>JURY TRIAL DEMANDED |

**DEFENDANTS' NOTICE OF INTERESTED PARTIES**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned, counsel of record for Fox Entertainment Group, Inc. and Fox Broadcasting Company, certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made only to enable the Court to evaluate the possibility of disqualification or recusal, and should not be construed as an admission of any kind:

    1.    Fox Broadcasting Company;

    2.    Fox Entertainment Group, Inc.;

    3.    News Corporation (Fox Entertainment Group's Parent); and

    4.      Rembrandt Technologies (Plaintiff).

|  |  |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| William W. Oxley<br>ORRICK, HERRINGTON &<br>    SUTCLIFFE LLP<br>777 South Figueroa Street, Suite 3200<br>Los Angeles, California 90017<br>Tel: (213) 612-2020<br><br>William L. Anthony, Jr.<br>Fabio E. Marino<br>ORRICK, HERRINGTON &<br>    SUTCLIFFE LLP<br>1000 Marsh Road<br>Menlo Park, California 94025<br>Tel: (650) 614-7400<br><br>Dated: January 26, 2007 | By:  */s/ Richard L. Horwitz*<br>       Richard L. Horwitz (#2246)<br>       David E. Moore (#3983)<br>       Hercules Plaza, 6th Floor<br>       1313 North Market Street<br>       Wilmington, DE 19899-0951<br>       Tel: (302) 984-6000<br>       rhorwitz@potteranderson.com<br>       dmoore@potteranderson.com<br><br>*Attorney for Defendants*<br>*Fox Entertainment Group, Inc. and*<br>*Fox Broadcasting Company* |

774650 / 31072

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Richard L. Horwitz, hereby certify that on January 26, 2007, the attached document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

Steven J. Balick
Lauren E. Maguire
Ashby & Geddes
500 Delaware Avenue, 18th Floor
P. O. Box 1150
Wilmington, DE 19899

I hereby certify that on January 26, 2007, I have Electronically Mailed the documents to the following non-registered participants:

John F. Sweeney
Joseph A. DeGirolamo
Michael O. Cummings
MORGAN & FINNEGAN, LLP
3 World Financial Center
New York, NY 10281-2101
jsweeney@morganfinnegan.com
jdegirolamo@morganfinnegan.com
mcummings@morganfinnegan.com

By: /s/ Richard L. Horwitz
Richard L. Horwitz
David E. Moore
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

772956 / 31072