

**David E. Moore**

Attorney at Law
dmoore@potteranderson.com
302 984-6147  Direct Phone
302 658-1192  Fax

1313 North Market Street
P.O. Box 951
Wilmington, DE  19899-0951
302 984-6000

www.potteranderson.com

March 22, 2007

**VIA ELECTRONIC FILING**

The Honorable Gregory M. Sleet
United States District Judge
J. Caleb Boggs Federal Building
844 N. King Street, Lockbox 18
Wilmington, DE 19801

      Re:    Rembrandt Technologies, LP v. Fox Entertainment Group, Inc., et al.
             C. A. No. 06-731 (GMS)

Dear Judge Sleet:

      We represent defendants Fox Entertainment Group, Inc. and Fox Broadcasting Company in the above-captioned action involving U.S. Patent No. 5,243,627 (the "'627 patent").  We are writing to join in Mr. Blumenfeld's March 21, 2007 letter requesting a joint scheduling conference for the five cases involving the '627 patent. Although we are not available on March 26, we respectfully submit that the requested postponement of the scheduling conference in C.A. No. 06-635-GMS would serve the interests of judicial economy.  In that regard, we respectfully request that Your Honor consider a joint scheduling conference for these matters.  Our strong preference, due to attorney availability, would be for the scheduling conference to occur after April 10.  Thank you for your consideration.

                            Respectfully,

                            */s/ David E. Moore*

                            David E. Moore

DEM/msb
785045 / 31072

cc:    Clerk of the Court (via hand delivery)
       Steven J. Balick, Esquire (via electronic mail)
       Jack B. Blumenfeld, Esquire (via electronic mail)
       John F. Sweeney, Esquire (via electronic mail)
       Kevin M. Baird, Esquire (via electronic mail)
       Frederick L. Cottrell, III, Esquire (via electronic mail)
       Edward R. Reines, Esquire (via electronic mail)
       William W Oxley, Esquire (via electronic mail)